Shannon C. Williams, Esq. (SBN 196787)
Rachel Witcher, Esq. (SBN 286515)
GHIDOTTI | BERGER, LLP
1920 Old Tustin Avenue
Santa Ana, CA 92705
Tel: (949) 427-2010
Fax: (949) 427-2732
Email: rwitcher@ghidottiberger.com

Attorneys for *Defendant* SN SERVICING CORPORATION

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| OMAR BERMUDEZ, in individual,<br><br>　　Plaintiff,<br><br>vs.<br><br>SN SERVICING CORPORATION, a business entity; and DOES 1-50,<br><br>　　Defendants. | CASE NO. 2:22-cv-01246-KJM-DB<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Current Response date: July 19, 2022<br>Proposed New Response Date: August 5, 2022 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

　　Plaintiff, OMAR BERMUDEZ ("Bermudez" or "Plaintiff") and Defendant, SN SERVICING CORPORATION, a business entity ("SNSC" or "Defendant"), hereby stipulate as follows:

　　1.　Plaintiff served Defendant with the Complaint on June 14, 2022.

　　2.　Following removal of the action on July 14, 2022, Defendant's initial deadline to respond to the Complaint is July 19, 2022.

　　3.　Plaintiff intends to file a First Amended Complaint within the next two weeks.

4. Plaintiff and Defendant agree to extend the time for Defendant to respond to the Complaint to August 5, 2022 due to the anticipated filing of Plaintiff's First Amended Complaint and for Defendant to further investigate the facts alleged by Plaintiff. Furthermore, the parties will explore early resolution.

5. Should Plaintiff file a First Amended Complaint, Defendant's deadline for response to the First Amended Complaint will be twenty-one (21) days from the date of filing of the First Amended Complaint.

Respectfully submitted July 20, 2022

**GHIDOTTI | BERGER, LLP**

By: _____/s/ Rachel C. Witcher_____
Rachel C. Witcher, Esq.
Attorneys for *Defendant* **SN SERVICING CORPORATION**

**SHAPERO LAW FIRM**

By: _____/s/ Sarah Shapero_____
Sarah Shapero, Esq.
Attorneys for *Plaintiff* **OMAR BERMUDEZ**

**Signature Attestation**

I obtained the authorization of Sarah Shapero to affix her signature to this stipulation and submit this stipulation on his behalf.

July 20, 2022                                    _____/s/ Rachel C. Witcher_____
Rachel C. Witcher, Esq.

**ORDER**

Pursuant to the parties' stipulation, defendant SN Servicing Corporation's deadline to respond to plaintiff's complaint is extended to August 5, 2022. Should plaintiff file a first amended complaint, defendant's deadline to respond will be twenty-one days from the date of filing the first amended complaint.

**IT IS SO ORDERED**

Dated: July 20, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE