UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Omar Bermudez, | No. 2:22-cv-01246-KJM-DB |
| Plaintiff, | |
| v. | ORDER |
| SN Servicing Corporation, | |
| Defendant. | |

Defendant brings to this court's attention that Charles Enabulele, a co-trustee of plaintiff's home, filed for bankruptcy on August 2, 2022, on the same day plaintiff moved this court for a temporary restraining order to stop foreclosure sale of his home. *See* RJN Exs. 27 & 28, ECF No. 13-1. The filing of a bankruptcy petition automatically stays "actions by all entities to collect or recover on claims" against Mr. Enabulele and the property of the estate, which appears to include plaintiff's home. *Burton v. Infinity Cap. Mgmt.*, 862 F.3d 740, 746 (9th Cir. 2017). "Generally, the filing of bankruptcy will stay all proceedings relating to a foreclosure sale." *In re Mann*, 907 F.2d 923, 926–27 (9th Cir. 1990).

IT IS THEREFORE ORDERED that plaintiff show cause no later than August 15, 2022, at 5:00 p.m. why this case should not be stayed until the resolution of Mr. Enabulele's bankruptcy proceeding.

DATED: August 11, 2022.

CHIEF UNITED STATES DISTRICT JUDGE