1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11    Omar Bermudez,                              No.  2:22-cv-01246-KJM-DB

12                    Plaintiff,

13           v.

14    SN Servicing Corporation,

15                    Defendant.

16
      _____
17    Omar Bermudez,                              No. 2:22-cv-02116-KJM-DB

18                    Plaintiff,

19           v.

20    SN Servicing Corporation, et al.,

21                    Defendants.

22    _____

23    Omar Bermudez,                              No. 2:23-cv-00989-KJM-JDP

24                    Plaintiff,

25           v.                                   **RELATED CASE ORDER**

26    SN Servicing Corporation, et al.,

27                    Defendants.

28

                                        1

1    Examination of the above-captioned actions reveals that they are related within the

2    meaning of Local Rule 123(a).  Here, "both actions involve similar questions of fact and the same

3    question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a

4    substantial savings of judicial effort." Local Rule 123(a)(3).  Accordingly, the assignment of

5    these matters to the same judge is likely to effect a substantial savings of judicial effort and is

6    likely to be convenient for the parties.

7    The parties should be aware that relating cases under Rule 123 causes the actions to be

8    assigned to the same judge – it does not consolidate the actions.  Under Rule 123, related cases

9    are generally assigned to the judge and magistrate judge to whom the first filed action was

10   assigned.

11   As a result, it is hereby ORDERED that No. 2:23-cv-00989-KJM-JDP is reassigned from

12   Magistrate Judge Jeremy D. Peterson to Magistrate Judge Deborah Barnes.  Henceforth, the

13   caption on documents filed in the reassigned case shall be shown as:

14   No. 2:23-cv-00989-KJM-DB.

15   It is further ORDERED that the Clerk of the Court make appropriate adjustment in the

16   assignment of civil cases to compensate for this reassignment.

17                 IT IS SO ORDERED.

18   DATED:  June 22, 2023.

19

20   _____
                CHIEF UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

2